JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DEBORAH RIVERA,

Plaintiff,

v.

AMAZON.COM SERVICES LLC, a limited liability company,

Defendant.

Case No. 2:25-cv-07957-AH-SK

**FINAL JUDGMENT**

The Court, having considered the papers and all other matters presented and accepted by the Court, GRANTED Defendant Amazon.com Services LLC's ("Defendants") Motion for Summary Judgment based on its finding that there were no genuine disputes of material fact as to the causes of action alleged by Plaintiff Deborah Rivera ("Plaintiff") against Defendant, as outlined in the Court's Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendant's Motion for Summary Judgment is GRANTED.
2. Plaintiff shall take nothing on their Complaint against Defendant.
3. Judgment is hereby entered in favor of Defendant and against Plaintiff.

This is a final judgment.

Dated: August 13, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE